**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

DARDEN COPELAND,                                )
                                                )
      Plaintiff,                         )
                                                )
v.                                              )    Civil No. 3:10-0238
                                                )    Judge Trauger
JOHN DOE,                                       )
                                                )
      Defendant.                         )

## O R D E R

It hereby **ORDERED** that this case is **DISMISSED** pursuant to Rule 4(m), FED. R. CIV. P.

It is so **ORDERED**.

ENTER this 14th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge